IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00741-BNB

KYLE DAWKINS,

    Plaintiff,

v.

JOE ORTIZ,
JIM KEITH,
STEVEN L. BROWN, JR.,
CARMEN CEBULSKI,
JOY CUNNINGHAM, and
DAVID GILBERT,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 9 2007

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion to Remove Defendant (Joe Ortiz) Name From § 1915 & § 1983" submitted to and filed with the Court on June 25, 2007, by Plaintiff Kyle Dawkins. The motion is DENIED as unnecessary because the second amended complaint Mr. Dawkins also submitted to and filed with the Court on June 25, 2007, does not name Mr. Ortiz as a defendant.

Dated: July 9, 2007

---

Copies of this Minute Order mailed on July 9, 2007, to the following:

Kyle Dawkins
Prisoner No. 121311
CSP- CH 23
PO Box 777
Cañon City, CO 81215- 0777

                              Secretary/Deputy Clerk