IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00741-WDM-BNB

KYLE DAWKINS,

    Plaintiff,

v.

JIM KEITH,
STEVEN L. BROWN, JR.,
CARMEN COBULSKI,
JOY CUNNINGHAM, and
DAVID GILBERT,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: July 17, 2007

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00741-WDM-BNB

Kyle Dawkins
Prisoner No. 121311
CMRC - 3A-312-A
2925 E. Las Vegas Street
Colorado Springs, CO 80906

Sonja Blackshear - CERTIFIED
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**SERVICE DOCUMENTS FOR: Jim Keith,
Steven L. Brown, Jr., Carmen Cobulski,
Joy Cunningham, and David Gilbert**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Sonja Blackshear for service of process on Jim Keith, Steven L. Brown, Jr., Carmen Cobulski, Joy Cunningham, and David Gilbert: SECOND AMENDED COMPLAINT FILED 6/25/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/23/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk